Entered: April 22nd, 2021

SO ORDERED
Date signed April 21, 2021
REGISTRY OF JUDGMENTS



IN THE UNITED STATES BANKRUPTCY COURT
THE DISTRICT OF MARYLAND
**Baltimore Division**



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

| | | |
|---|---|---|
| IN RE: | * | Chapter 7 |
| ANDRE SMALL | | **Case No.: 20-19290** |
| **Debtor** | * | |

* * * * * * * * * * * * *

| | | |
|---|---|---|
| CALVIN WATKINS | * | |
| **Plaintiff** | | |
| | * | Adver No.: 21-00013 |
| Vs. | | |
| | * | |
| ANDRE SMALL . | | |
| **Defendant** | * | |

* * * * * * * * * * * * *

**JUDGMENT**

In accordance with that Order entered contemporaneously herewith, it is by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that judgment is granted against Defendant Andre Small and in favor of the Plaintiff Calvin Watkins in the amount of Two Thousand Five Hundred Dollars ($2,500.00), plus interest at the federal rate from the date of entry of this judgment. Costs are waived.

END OF ORDER

cc:
    Plaintiff
    Plaintiff's Counsel
    Defendant
    Trustee